# United States Bankruptcy Court
## District of New Mexico

In re   **Hungry Horse, LLC** _____

_____ Debtor(s)

Case No.   **16-11222** _____

Chapter   **11** _____

## AMENDED
## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Managing Member of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing document(s), consisting of __**58**__ page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date   **July 20, 2016** _____

Signature _____

John Norris
Managing Member

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name: **Hungry Horse, LLC**

United States Bankruptcy Court for the: **DISTRICT OF NEW MEXICO**

Case number (if known): **16-11222**

☑ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Daniels Insurance, Inc. PO Box 1258 Hobbs, NM 88241 | | | | | | $102,073.00 |
| Emloyer eServices PO Box 740815 Atlanta, GA 30374 | | | | | | $20,883.25 |
| J & J Rentals, LLC 611 West Cielo Dr Hobbs, NM 88240 | | | | | | $23,346.88 |
| J & J Transportation 1652 Shifting Winds Street Las Vegas, NV 89117 | | | | | | $28,189.50 |
| J&J Rentals, LLC c/o Chelsea R. Seaton PO BOx 550 Roswell, NM 88201 | | lawsuit filed in Lea County: D-506-CV-2015-00 984 | Contingent Unliquidated Disputed Subject to Setoff | | | $24,239.87 |
| KW Fuels, Inc PO Box 1288 NM 88247 | | | | | | $64,432.80 |
| Snyder Ranches PO Box 2158 Hobbs, NM 88241 | | | | | | $19,937.65 |
| Tex-Star Water Services 445 FM 1306 Gainesville, TX 76240 | | | | | | $48,188.00 |
| Tuboscope PO Box 201177 Dallas, TX 75320 | | | | | | $40,619.83 |
| Warren Cat PO Box 842116 Dallas, TX 75284 | | | | | | $82,518.78 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

| Debtor | Hungry Horse, LLC | | Case number (if known) | 16-11222 |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| William Page McNeill c/o James P. Lyle, PC 1116 2nd St NW Albuquerque, NM 87102 | | Lawsuit filed in Lea County: D-506-CV-2016-00 325 | Contingent Unliquidated Disputed Subject to Setoff | | | $400,000.00 |
| WTB, LLC dba West Texas Boring Co 1201 OIDC Dr Odessa, TX 79766 | | | | | | $75,820.00 |
| Yellowhouse / Rental Account PO Box 31388 Amarillo, TX 79120 | | | | | | $88,377.81 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Fill in this information to identify the case:

Debtor name **Hungry Horse, LLC**

United States Bankruptcy Court for the: DISTRICT OF NEW MEXICO

Case number (if known) **16-11222**

■ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals

12/15

| Part 1: | Summary of Assets |
| --- | --- |

1. **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*................................................................... $ **250,000.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................. $ **4,164,520.70**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................... $ **4,414,520.70**

| Part 2: | Summary of Liabilities |
| --- | --- |

2. **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*...................................... $ **4,066,693.60**

3. **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................... $ **7,800.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................................. +$ **2,409,412.86**

4. **Total liabilities** ....................................................................................................................
    Lines 2 + 3a + 3b
    $ **6,483,906.46**

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property

12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:     Cash and cash equivalents**

1. Does the debtor have any cash or cash equivalents?

☐ No.  Go to Part 2.
☑ Yes Fill in the information below.

All cash or cash equivalents owned or controlled by the debtor

Current value of debtor's interest

3.     Checking, savings, money market, or financial brokerage accounts *(Identify all)*
Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| | | | |
|---|---|---|---|
| 3.1. | **Lea County State Bank** | checking | $2,580.63 |
| 3.2. | **J.P. Stone Community Bank** | checking | $113,554.41 |

4.     Other cash equivalents *(Identify all)*

5.     Total of Part 1.
Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$116,135.04

**Part 2:     Deposits and Prepayments**

6. Does the debtor have any deposits or prepayments?

☐ No.  Go to Part 3.
☑ Yes Fill in the information below.

7.     Deposits, including security deposits and utility deposits
Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Retainer with Ken Wagner Law, PA** | $15,337.06 |

8.     Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent
Description, including name of holder of prepayment

Case 16-11222-t11     Doc 72     Filed 07/21/16     Entered 07/21/16 15:31:18 Page 5 of 58

| 9. | **Total of Part 2.** | | $15,337.06 |
|---|---|---|---|
| | Add lines 7 through 8. Copy the total to line 81. | | |

**Part 3:**    **Accounts receivable**

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

| 11a. 90 days old or less: | 425,000.00 | - | 0.00 | = .... | $425,000.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 11b. Over 90 days old: | 600,000.00 | - | 600,000.00 | =.... | $0.00 |
|---|---|---|---|---|---|
| | face amount | | doubtful or uncollectible accounts | | |

| 12. | **Total of Part 3.** | | $425,000.00 |
|---|---|---|---|
| | Current value on lines 11a + 11b = line 12. Copy the total to line 82. | | |

**Part 4:**    **Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

**Part 5:**    **Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No. Go to Part 6.
☐ Yes Fill in the information below.

**Part 6:**    **Farming and fishing-related assets (other than titled motor vehicles and land)**

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.
☐ Yes Fill in the information below.

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.
☑ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.   **Office furniture** | | | |
| Desks (11) in Office | $0.00 | | $550.00 |
| Chairs (16) in Office | $0.00 | | $3,000.00 |
| Fridge in Office | $0.00 | | $200.00 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com             Best Case Bankruptcy

| | | | |
|---|---|---|---|
| File Cabinets (5) in Office | $0.00 | | $850.00 |
| Book Shelves (2) in Office | $0.00 | | $250.00 |
| File Cabinets (8) in Shop | $0.00 | | $750.00 |
| Desks (8) in Shop | $0.00 | | $400.00 |
| Chairs (10) in Shop | $0.00 | | $250.00 |
| Book Shelves (3) in Shop | $0.00 | | $300.00 |
| Book Binder (1) in Shop | $0.00 | | $75.00 |
| Metal Shelves (2) in Shop | $0.00 | | $300.00 |
| Folding Tables (4) in Shop | $0.00 | | $200.00 |

40. **Office fixtures**

41. **Office equipment, including all computer equipment and communication systems equipment and software**

| | | | |
|---|---|---|---|
| Computers (6) in Office | $0.00 | | $550.00 |
| Large Printers (3) in Office | $0.00 | | $2,400.00 |
| Small Printers (3) in Office | $0.00 | | $450.00 |
| Phones (6) in Office | $0.00 | | $780.00 |
| Fax Machines (2) in Office | $0.00 | | $200.00 |
| Monitors (13) in Office | $0.00 | | $1,950.00 |
| Laptops (11) in Office | $0.00 | | $4,400.00 |
| Shredders (2) in Office | $0.00 | | $100.00 |
| Adding machines (4) in Office | $0.00 | | $50.00 |
| Monitors (7) in Shop | $0.00 | | $1,050.00 |
| Phones (5) in Shop | $0.00 | | $650.00 |

| | | | |
|---|---|---|---|
| Printers (5) in Shop | $0.00 | | $900.00 |
| Computers (2) in Shop | $0.00 | | $1,000.00 |
| Microwave (1) in Office and (1) in Shop | $0.00 | | $75.00 |

42.    Collectibles *Examples:* Antiques and figurines; paintings, prints, or other artwork;
       books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
       collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**
       Add lines 39 through 42. Copy the total to line 86.                                   | $21,680.00 |

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No
       ☑ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ☐ No
       ☑ Yes

**Part 8:    Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.
☑ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.    Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2006 GMC K3500**<br>**(VIN#1GTJK33D86F243642)** | Unknown | | $44,584.00 |
| 47.2.   **2011Dodge 2500 (VIN#**<br>**3D7UT2CL4BG529210)** | Unknown | | $50,494.92 |
| 47.3.   **2011 Dodge 2500 (VIN#**<br>**3D7LT2ET4BG542144)** | Unknown | | $34,563.36 |
| 47.4.   **2011 Dodge 2500 (VIN#**<br>**3D7LT2ET5BG629521)** | Unknown | | $38,871.68 |
| 47.5.   **2011 Dodge 2500 (VIN#**<br>**3D7LT2ETXBG630695)** | Unknown | | $38,871.68 |
| 47.6.   **2011 Dodge 2500 (VIN#**<br>**3D7LT2ET4BG625511)** | Unknown | | $38,871.68 |
| 47.7.   **2011 Dodge 2500 (VIN#**<br>**3D7TT2CT9BG612191)** | Unknown | | $43,143.68 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                     Best Case Bankruptcy

| | | |
|---|---|---|
| 47.8. | **2012 Dodge 2500 (VIN# 3C6LD5AT1CG119576)** | Unknown | $39,924.88 |
| 47.9. | **2012 Dodge 2500 (VIN# 3C6LD5ATXCG128065)** | Unknown | $39,924.88 |
| 47.10. | **2012 Dodge 2500 (VIN# 3C6LD5AT4CG121628)** | Unknown | $39,924.88 |
| 47.11. | **2008 Dodge 2500 (VIN# 3D7KS28A38G116964)** | Unknown | Unknown |
| 47.12. | **2006 Dodge 2500 (VIN# 1D7KS28C66J129690)** | Unknown | Unknown |
| 47.13. | **2009 Peterbilt 389 (VIN# 1XPXD40X39D778238)** | Unknown | $119,052.64 |
| 47.14. | **2007 Peterbilt 387 (VIN# 1XP7DB9X57D664696)** | Unknown | $46,500.00 |
| 47.15. | **1999 Peterbilt 377 (VIN# 1XPGDU9X5XD425997)** | Unknown | $27,000.00 |
| 47.16. | **1999 Peterbilt 378 (VIN# 1XP5DR9X5XN479624)** | Unknown | $26,000.00 |
| 47.17. | **1989 Peterbilt 379 (VIN# 1XP5D29X9KD278427)** | Unknown | $21,000.00 |
| 47.18. | **1999 Sterling Dump Truck (VIN# 2FWYKDYB1XAB62487)** | Unknown | $46,096.92 |
| 47.19. | **1985 International Dump Truck (VIN# 1HTLDTVR1FHA61268)** | Unknown | $9,000.00 |
| 47.20. | **1988 Kenworth Dump Truck (VIN# 1NKDL29X6JJ347928)** | Unknown | $12,500.00 |
| 47.21. | **1996 International 8200 (VIN# 1HSHGAHR0TH257048)** | Unknown | $4,500.00 |
| 47.22. | **2005 Peterbilt 377 (VIN# 1XPGDU9X75D849390)** | Unknown | $35,666.67 |
| 47.23. | **2005 Peterbilt 377 (VIN# 1XPGDU9X95D849388)** | Unknown | $35,666.67 |

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

Case 16-11222-t11    Doc 72    Filed 07/21/16    Entered 07/21/16 15:31:18 Page 9 of 58

| | | |
|---|---|---|
| 47.24   **2005 Peterbilt 377 (VIN# 1XPGDU9X15D849384)** | Unknown | $35,666.67 |
| 47.25   **2005 Peterbilt 377 (VIN# 1XPGDU9X65D849381)** | Unknown | $38,333.33 |
| 47.26   **2005 Peterbilt 377 (VIN# 1XPGDU9X85D849382)** | Unknown | $38,333.33 |
| 47.27   **2005 Peterbilt 377 (VIN# 1XPGDU9X35D849385)** | Unknown | $38,333.33 |
| 47.28   **2005 Peterbilt 377 (VIN# 1XPGDU9X05D849389)** | Unknown | $38,333.33 |
| 47.29   **1993 Oshkosh-42 S-2546 (VIN# 10T3ROLL5P1048280)** | Unknown | $5,000.00 |
| 47.30   **1988 Peterbilt (VIN# 1XP5DB9X3JD261539) - not running - parts truck** | Unknown | Unknown |
| 47.31   **1997 Peterbilt (VIN# 1XPCDR9X1WN4490920) - not running - parts truck** | Unknown | Unknown |
| 47.32   **2006 Dodge 2500 (VIN# 1D7KS28C66J129690)** | Unknown | Unknown |
| 47.33   **2012 3500 (VIN# 3C7WDTCLXCG224708)** | Unknown | $58,165.28 |
| 47.34   **Dodge 2012 3500 (VIN# 3C7WDTCL6CG249816)** | Unknown | $58,047.20 |
| 47.35   **Dodge 2012 2500 (VIN# 3C6UD5FL0CG2369403)** | Unknown | $63,356.20 |
| 47.36   **Dodge 2012 3500 (VIN# 3C7WD9CL2CG290429)** | Unknown | $67,470.48 |
| 47.37   **2013 Dodge 1500 (VIN# 1C6RR7NT6DS710563)** | Unknown | $54,167.36 |
| 47.38   **2014 Dodge 2500 (VIN# 3C6UR5CL4EG185500)** | Unknown | $52,809.96 |

Case 16-11222-t11    Doc 72    Filed 07/21/16    Entered 07/21/16 15:31:18 Page 10 of 58

| | | |
|---|---|---|
| 47.39 | **2013 Dodge 1500 (VIN# 1C6RR7VTODS710865)** | Unknown | $60,771.92 |
| 47.40 | **2014 Dodge 2500 (VIN# 3C6MR5AJ8EG186120)** | Unknown | $40,783.04 |
| 47.41 | **2015 GMC SIE (VIN# 1GD421C82FF531267)** | Unknown | $85,865.00 |
| 47.42 | **2015 Chevrolet SILVERADO (VIN# 1GB5KYCG7FZ506473)** | Unknown | $79,951.20 |
| 47.43 | **2015 GMC 3500 (VIN# 1GD521CG5FZ128006)** | Unknown | $80,189.00 |
| 47.44 | **2002 Flatbed Transcraft Trailer / VIN # 1TTF4820422008981** | Unknown | $12,700.00 |
| 47.45 | **2002 Flatbed Lufkin Trailer / VIN # 1L01B482421151384** | Unknown | $4,500.00 |
| 47.46 | **2004 Dovetail McDaniel Trailer / VIN # 1M9GN48304A103113** | Unknown | $15,000.00 |
| 47.47 | **2005 Dovetail McDaniel Trailer / VIN # 1M9GN47325P103118** | Unknown | $15,000.00 |
| 47.48 | **1977 Dovetail Transcraft Trailer / VIN # C3065** | Unknown | $5,000.00 |
| 47.49 | **2010 Bellydump Ranco LW21-40 Trailer / VIN # 1D9SD4029AR661154** | Unknown | $44,240.00 |
| 47.50 | **1999 Bellydump CPS Trailer / VIN # 4Z4111625XP001498** | Unknown | $2,000.00 |
| 47.51 | **2007 Bellydump Ranco Trailer / VIN # 1R9BSE5067L008388** | Unknown | $22,500.00 |
| 47.52 | **2013 Bellydump Dakota Trailer / VIN # 1D9SH4026DY554402** | Unknown | $44,860.00 |
| 47.53 | **2013 Bellydump Dakota Trailer / VIN # 1D9SH4026DY554416** | Unknown | $44,860.00 |
| 47.54 | **2005 Lowboy Etnyre Trailer / VIN # 1E92896905E111233** | Unknown | $56,000.00 |

| | | | |
|---|---|---|---|
| 47.55 | **2006 Backhoe Trailer Interstate / VIN # 1JKDLA4036M007151** | Unknown | Unknown |
| 47.56 | **2007 Backhoe Trailer Interstate / VIN # 1JKDTA2097M008325** | Unknown | $11,250.00 |
| 47.57 | **2012 Backhoe Trailer Bruton / VIN # 1B9PU2127C1621093** | Unknown | $13,785.00 |
| 47.58 | **2003 Backhoe Trailer Bruton / VIN # 38221** | Unknown | $6,000.00 |
| 47.59 | **2012 Pipe Trailer Home Made / VIN # NM199677** | Unknown | $2,500.00 |
| 47.60 | **2006 500 Gallon Fuel Trailer Lee / VIN # 49106** | Unknown | $3,700.00 |
| 47.61 | **2010 500 Gallon Fuel Trailer Lee / VIN # 42CDT065X01000148** | Unknown | $3,999.95 |
| 47.62 | **2010 1000 Gallon Fuel Trailer WG Manufacturing / VIN # 1W9FT17DXA1497010** | Unknown | $4,930.00 |
| 47.63 | **2007 16' Utility Trailer Big Tex / VIN # 16VPX162X71373435** | Unknown | $2,845.56 |
| 47.64 | **2011 4 Wheeler Trailer Lone Star / VIN # 5VYBU1017BH003412** | Unknown | $1,534.00 |
| 47.65 | **2012 20' Utility Trailer PJ / VIN # 4P5P82026C1172297** | Unknown | $4,400.00 |
| 47.66 | **2006 16' Utility Trailer Shop Built / VIN # NM203296** | Unknown | $4,000.00 |
| 47.67 | **24' Utility Trailer Shop Built** | Unknown | Unknown |
| 47.68 | **Steamer Trailer Car Tex** | Unknown | Unknown |
| 47.69 | **2011 Water Trailer Wylie 400 Gal / VIN # 5VUTW1324BP000297** | Unknown | $5,695.00 |
| 47.70 | **2011 Water Trailer Wylie 1000 Gal. / VIN # 5VUTV1728BP000039** | Unknown | $6,900.00 |

| | | | |
|---|---|---|---|
| 47.71 | Water Trailer 130 Barrel | Unknown | Unknown |
| 47.72 | 2003 Enclosed Gooseneck W-W Trailers / VIN # 11WHC20203W272235 | Unknown | Unknown |
| 47.73 | 2009 Enclosed Cargo  Forest River/Blazer / VIN # 5NHUBL2209Y059881 | Unknown | $2,700.00 |
| 47.74 | 2013 Reel Trailer (Polypipe)Green Gincorp (HD-102)  / VIN # 1G9UIR715CB457032 | Unknown | $9,500.00 |
| 47.75 | Reel Trailer (Polypipe)Red | Unknown | $4,000.00 |
| 47.76 | 2011 Reel Trailer (Polypipe)Blue | Unknown | $4,000.00 |
| 47.77 | 2006 Travel Trailer Coachman  / VIN # 1TC2B969X63002105 | Unknown | $8,000.00 |
| 47.78 | 2006 Manure Trailer Parm  / VIN # 1P9SB35246P439088 | Unknown | $44,000.00 |
| 47.79 | 2001 Freightliner FLD 120 1FUJAHB11LH68467 | Unknown | $47,000.00 |
| 47.80 | 2000 Freightliner Dump Truck 1FUYDCYB4YPB80516 | Unknown | $37,000.00 |
| 47.81 | 2008 John Deere 332 Skid Loader (3544) | $0.00 | $39,900.00 |
| 47.82 | 2006 John Deere 240D Excavator (5254) | $0.00 | $203,250.00 |
| 47.83 | 2013 John Deere 250G Track Escavator (8906) | $0.00 | $224,085.66 |
| 47.84 | 2007International (8325) | $0.00 | Unknown |
| 47.85 | 2012 Dodge Truck (1488) | $0.00 | Unknown |
| 47.86 | CAT D7E Tractor | Unknown | Unknown |

| | | | |
|---|---|---|---|
| 47.87 | John Deere Loan Equipment: 2014 JD 310SK (1460), 2014 JD 310SK (7909), 2014 JD 624K (6588), 2014 JD 624K (1934), 2014 JD 350G (9821), 2014 JD 350G (9850) and 2014 JD 290G (5851) - lease / purchase | Unknown N/A | Unknown |

| | | | | |
|---|---|---|---|---|
| 48. | Watercraft, trailers, motors, and related accessories *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49. | Aircraft and accessories | | | |
| 50. | Other machinery, fixtures, and equipment (excluding farm machinery and equipment) | | | |
| | 2006 JD 350D LC - SBA loan | $80,000.00 | Appraisal | $65,000.00 |
| | 2006 JD 350D LC- SBA loan | $80,000.00 | Appraisal | $65,000.00 |
| | 2005 JD 310G - SBA loan | Unknown | Appraisal | $20,000.00 |
| | 2006 JD 410G - SBA loan | Unknown | Appraisal | $25,000.00 |
| | 2006 JD 410G- SBA loan | Unknown | Appraisal | $25,000.00 |
| | 2008 JD 410J - SBA loan | Unknown | Appraisal | $32,000.00 |
| | 2009 JD 410J | Unknown | Appraisal | $35,000.00 |
| | 2011 CAT 420E | Unknown | Appraisal | $65,000.00 |
| | 2010 JD 410J | Unknown | Appraisal | $150,000.00 |
| | 2005 SD 100D - SBA loan | Unknown | Appraisal | $15,000.00 |
| | 2008 Bomag BW211 | Unknown | Appraisal | $28,000.00 |
| | 2008 Bomag BW211 | Unknown | Appraisal | $150,000.00 |
| | McElroy Fusing (4) | Unknown | Appraisal | $160,000.00 |
| | Tesmec 1075 Bucket Machine s/n # 155 - lease/purchase | $798,000.00 | N/A | Unknown |
| | Loader Attachments: Grubbers, Forks | $0.00 | | Unknown |

Case 16-11222-t11    Doc 72    Filed 07/21/16    Entered 07/21/16 15:31:18 Page 14 of 58

| Property | Value | | Value |
|---|---|---|---|
| Skid Steer Attachments: Tiller, Buckets, Forks, Auger, Rake | $0.00 | | Unknown |
| Escavator Attachments: Misc Buckets, Grubbers, Tooth Pro 60" and Tooth Pro 24" and Okada Hammer Hoe | $0.00 | | $42,553.00 |
| Welding Machines: Miller Millermatic 210 (wire), Miller Bobcat 250, Lincoln Ranger 250, Hobart Champion 1000 (stick) | $0.00 | | Unknown |
| Air Compressors: Vanguard, Rolair Portable Air Compressors (13), Ingersoll Rand, Hitachi Portable (5) | $0.00 | | Unknown |
| Portable Generators: Champion 4000 (2), Blackmax (5) Warren CAT (2) | $0.00 | | $45,445.26 |
| Sprayers: 2011 Vacu and 2011 Wylie (3) | $0.00 | | $14,000.00 |
| John Deere 772 Grader (62143) | $0.00 | | Unknown |
| John Deere 772 Grader (614380) | $0.00 | | Unknown |
| John Deere 250 GL Escavator | $0.00 | | Unknown |
| 1999 Ster HV (2487) | $0.00 | | Unknown |
| Deere 850J | $0.00 | | Unknown |
| 2006 Deere 350DLC Escavator | $0.00 | | Unknown |

51. **Total of Part 8.**
    Add lines 47 through 50. Copy the total to line 87.

    $3,586,368.60

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ☑ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ☐ No
    ☑ Yes

**Part 9:  Real property**

54. **Does the debtor own or lease any real property?**

    ☐ No. Go to Part 10.
    ☑ Yes Fill in the information below.

55. **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  3709 S. Eunice Hwy - 5 acres | 100% | Unknown | Estimate | $250,000.00 |

56.    **Total of Part 9.**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets. Copy the total to line 88.

$250,000.00

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
☑ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☑ No
☐ Yes

**Part 10:    Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:    All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

Current value of debtor's interest

71.    **Notes receivable**
Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

73.    **Interests in insurance policies or annuities**

74.    **Causes of action against third parties (whether or not a lawsuit has been filed)**
**Contractor Lien Claims against Pilot Travel Centers, LLC**

Unknown

Nature of claim
Amount requested                $436,884.41

75.    **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

Case 16-11222-t11    Doc 72    Filed 07/21/16    Entered 07/21/16 15:31:18 Page 16 of 58

| | |
|---|---|
| **BAD FAITH INSURANCE CLAIM AGAINST AIG PROPERTY CASUALTY FOR FAILING TO PROVIDE COVERAGE AND DEFENSE TO PILOT LITIGATION** | Unknown |

| Nature of claim | **AIG CLAIMS, INC., CHARTIS SPECIALTY INSURANCE COMPANY, AMERICAN INTL GROUP, INC.** |
|---|---|
| Amount requested | **unliquidated** |

| | |
|---|---|
| **CLAIM AGAINST RICHARD RANSON** | Unknown |

| Nature of claim | **CONTINGENT PROFESSIONAL LIABILITY CLAIM ON MISFILED LIEN** |
|---|---|
| Amount requested | **unliquidated** |

| | |
|---|---|
| **Claim against William Paige McNeill for work done on McNeill ranch and charged to Debtor for indemnity for all expenses including but not limited to the Rail Masters claim against Debtor.** | Unknown |

| Nature of claim | **Money Due** |
|---|---|
| Amount requested | **unliquidated** |

| | |
|---|---|
| **Claims against Paige McNeill for mismanagement, including performing unauthorized work for Sheridan Oil Co. resulting in loss, and to indemnify Debtor from Pilot Travel Centers and failure to perform construction of Pilot truck stop in good and workman-like manner, if such claims are adjudicated against Debtor.** | Unknown |

| Nature of claim | |
|---|---|
| Amount requested | **unliquidated** |

76.  **Trusts, equitable or future interests in property**

77.  **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.  **Total of Part 11.**
     Add lines 71 through 77. Copy the total to line 90.

**$0.00**

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
     ☑ No
     ☐ Yes

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. Cash, cash equivalents, and financial assets. *Copy line 5, Part 1* | $116,135.04 | |
| 81. Deposits and prepayments. *Copy line 9, Part 2.* | $15,337.06 | |
| 82. Accounts receivable. *Copy line 12, Part 3.* | $425,000.00 | |
| 83. Investments. *Copy line 17, Part 4.* | $0.00 | |
| 84. Inventory. *Copy line 23, Part 5.* | $0.00 | |
| 85. Farming and fishing-related assets. *Copy line 33, Part 6.* | $0.00 | |
| 86. Office furniture, fixtures, and equipment; and collectibles. *Copy line 43, Part 7.* | $21,680.00 | |
| 87. Machinery, equipment, and vehicles. *Copy line 51, Part 8.* | $3,586,368.60 | |
| 88. Real property. *Copy line 56, Part 9* .................................................................> | | $250,000.00 |
| 89. Intangibles and intellectual property. *Copy line 66, Part 10.* | $0.00 | |
| 90. All other assets. *Copy line 78, Part 11.* | + $0.00 | |
| 91. Total. Add lines 80 through 90 for each column | $4,164,520.70 | + 91b. $250,000.00 |
| 92. Total of all property on Schedule A/B. Add lines 91a+91b=92 | | $4,414,520.70 |

Official Form 206A/B    Schedule A/B Assets - Real and Personal Property    page 14

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

## Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1:    List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral<br>that supports this<br>claim |
|---|---|---|---|
| **2.1** **Ally Financial**<br>Creditor's Name<br><br>**P.O. Box 380901**<br>**Minneapolis, MN 55438**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**2012 3500 (VIN# 3C7WDTCLXCG224708)**<br><br>Describe the lien<br><br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$4,479.79** | **$58,165.28** |
| **Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | As of the petition filing date, the claim is:<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| **2.2** **Ally Financial**<br>Creditor's Name<br><br>**P.O. Box 380901**<br>**Minneapolis, MN 55438**<br>Creditor's mailing address<br><br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number | Describe debtor's property that is subject to a lien<br>**Dodge 2012 3500 (VIN# 3C7WDTCL6CG249816)**<br><br>Describe the lien<br><br><br>Is the creditor an insider or related party?<br>■ No<br>☐ Yes<br>Is anyone else liable on this claim?<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | **$4,515.13** | **$58,047.20** |
| **Do multiple creditors have an interest in the same property?** | As of the petition filing date, the claim is:<br>Check all that apply | | |

☐ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ally Financial** | Describe debtor's property that is subject to a lien | $18,278.38 | $63,356.20 |

Creditor's Name

**P.O. Box 380901**
**Minneapolis, MN 55438**

Creditor's mailing address

**Dodge 2012 2500 (VIN# 3C6UD5FL0CG2369403)**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Ally Financial** | Describe debtor's property that is subject to a lien | $11,984.84 | $40,783.04 |

Creditor's Name

**P.O. Box 380901**
**Minneapolis, MN 55438**

Creditor's mailing address

**2014 Dodge 2500 (VIN# 3C6MR5AJ8EG186120)**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Date debt was incurred**

**Is anyone else liable on this claim?**

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Ally Financial** | Describe debtor's property that is subject to a lien | $9,903.39 | $49,489.02 |

Creditor's Name

**P.O. Box 380901**
**Minneapolis, MN 55438**

Creditor's mailing address

**2012 Dodge 2500 (VIN# 3C6TD5HT8CG301488)**

Describe the lien

Creditor's email address, if known

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

---

Official Form 206D          Additional Page of Schedule D: Creditors Who Have Claims Secured by Property          page 2 of 11

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Ally Financial**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2015 GMC SIE (VIN# 1GD421C82FF531267)** | $55,039.94 | $85,865.00 |

**P.O. Box 380901**
**Minneapolis, MN 55438**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **Ally Financial**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2015 Chevrolet SILVERADO (VIN# 1GB5KYCG7FZ506473)** | $66,495.46 | $79,951.20 |

**P.O. Box 380901**
**Minneapolis, MN 55438**
Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **Ally Financial**<br>Creditor's Name | Describe debtor's property that is subject to a lien<br>**2015 GMC 3500 (VIN# 1GD521CG5FZ128006)** | $67,392.05 | $80,189.00 |

**P.O. Box 380901**
**Minneapolis, MN 55438**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.9 | **Ally Financial** | **Describe debtor's property that is subject to a lien** | $0.00 | Unknown |

Creditor's Name

**2012 Dodge Truck (1488)**

**P.O. Box 380901**
**Minneapolis, MN 55438**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.10 | **Alm Bank** | **Describe debtor's property that is subject to a lien** | $17,571.66 | $44,000.00 |

Creditor's Name

**2006 Manure Trailer Parm  / VIN #**
**1P9SB35246P439088**

**4011 JBS Parkway**
**Odessa, TX 79762**

Creditor's mailing address

**Describe the lien**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 1 | | | | |
|---|---|---|---|---|
| **Alm Bank** | Describe debtor's property that is subject to a lien | | $151,950.10 | $387,225.74 |
| Creditor's Name | **2012 Cat D7E / VIN # 00D7ECMDB00220 / Track Type Dozer** | | | |

**4011 JBS Parkway
Odessa, TX 79762**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Date debt was incurred

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 2 | | | | |
|---|---|---|---|---|
| **Capital** | Describe debtor's property that is subject to a lien | | $21,468.12 | $67,470.48 |
| Creditor's Name | **Dodge 2012 3500 (VIN# 3C7WD9CL2CG290429)** | | | |

**P.O. Box 961275
Fort Worth, TX 76161**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

Date debt was incurred

■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

Do multiple creditors have an interest in the same property?

As of the petition filing date, the claim is:
Check all that apply

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 3 | | | | |
|---|---|---|---|---|
| **Capital** | Describe debtor's property that is subject to a lien | | $14,189.30 | $54,167.36 |
| Creditor's Name | **2013 Dodge 1500 (VIN# 1C6RR7NT6DS710563)** | | | |

**P.O. Box 961275
Fort Worth, TX 76161**

Creditor's mailing address

Describe the lien

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 4 | **Capital** | Describe debtor's property that is subject to a lien | $14,726.65 | $52,809.96 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 961275
Fort Worth, TX 76161**

Creditor's mailing address

**2014 Dodge 2500 (VIN#
3C6UR5CL4EG185500)**

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

| 2.1 5 | **Capital** | Describe debtor's property that is subject to a lien | $17,254.33 | $60,771.92 |
|---|---|---|---|---|

Creditor's Name

**P.O. Box 961275
Fort Worth, TX 76161**

Creditor's mailing address

**2013 Dodge 1500 (VIN#
1C6RR7VTODS710865)**

Describe the lien

Is the creditor an insider or related party?

■ No

☐ Yes

Is anyone else liable on this claim?

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

---

Official Form 206D      Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**      page 6 of 11

| 2.1 6 | **Caterpillar Financial Services Corp.** | Describe debtor's property that is subject to a lien | $153,777.87 | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **1 caterpillar d7e s/n: mdb00220** | | |

**2120 West End Ave**
**Nashville, TN 37203**
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
☐ No

**Date debt was incurred**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 7 | **De Lage Landen International B.V.** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | | | |

**1111 Old Eagle School Road**
**Wayne, PA 19087**
Creditor's mailing address

**Describe the lien**
**lien on 2005 John Deere Model 644J**

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.1 8 | **John Deere Financial** | Describe debtor's property that is subject to a lien | Unknown | Unknown |
|---|---|---|---|---|
| | Creditor's Name | **John Deere Loan Equipment: 2014 JD 310SK (1460), 2014 JD 310SK (7909), 2014 JD 624K (6588), 2014 JD 624K (1934), 2014 JD 350G (9821), 2014 JD 350G (9850) and 2014 JD 290G (5851) - lease / purchase** | | |

**P.O. Box 6600**
**Johnston, IA 50131**
Creditor's mailing address

**Describe the lien**
_____

**Is the creditor an insider or related party?**
■ No
☐ Yes

Creditor's email address, if known

**Is anyone else liable on this claim?**

Case 16-11222-t11    Doc 72    Filed 07/21/16    Entered 07/21/16 15:31:18 Page 25 of 58

Date debt was incurred

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Last 4 digits of account number

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.19 | **Lea County State Bank** | Describe debtor's property that is subject to a lien | **$450,000.00** | **$241,845.56** |
|---|---|---|---|---|

Creditor's Name

**LCSB - SBA Loan: 2008 JD 410 Backhoe, 2007 JD 410, 2006 JD 410G, 2006 JD 240D, 2006 JD350, 2005 JD 850 Dozer, 2006 JD 644, 2008 JD 332, 2005 JD 310G, 2006 JD 350 DLC, 2005 Intersol, 2007 CAT D6R, 2005 JD 644, 2007 Ingersol, 2005 Entyre Trlr**

**320 S Main Ave**
**Lovington, NM 88260**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**5148**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.20 | **Lea County State Bank** | Describe debtor's property that is subject to a lien | **$18,845.56** | **$0.00** |
|---|---|---|---|---|

Creditor's Name

**Mortgage on 3709 S Eunice HWY**

**320 S Main Ave**
**Lovington, NM 88260**

Creditor's mailing address

Describe the lien

Is the creditor an insider or related party?

■ No
☐ Yes

Creditor's email address, if known

Is anyone else liable on this claim?

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Date debt was incurred

Last 4 digits of account number
**4689**

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| 2.2 1 | Lea County State Bank | Describe debtor's property that is subject to a lien | $291,782.42 | $0.00 |

**Lea County State Bank**
Creditor's Name

**320 S Main Ave**
**Lovington, NM 88260**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**5648**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Business Loan (original amount $499,530)**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 2 | Lea County State Bank | Describe debtor's property that is subject to a lien | $1,934,798.60 | $0.00 |

**Lea County State Bank**
Creditor's Name

**320 S Main Ave**
**Lovington, NM 88260**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**
**8/15/17**

**Last 4 digits of account number**
**5732**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Business Loan: Original amount $1,934,798.60**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.2 3 | Lea County State Bank | Describe debtor's property that is subject to a lien | $45,273.67 | $0.00 |

**Lea County State Bank**
Creditor's Name

**320 S Main Ave**
**Lovington, NM 88260**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Describe debtor's property that is subject to a lien**
**Line of Credit**

**Describe the lien**

**Is the creditor an insider or related party?**

■ No
☐ Yes

**Is anyone else liable on this claim?**

☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

---

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com
Best Case Bankruptcy

Case 16-11222-t11    Doc 72    Filed 07/21/16    Entered 07/21/16 15:31:18 Page 27 of 58

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

**2.24**

**Lea County State Bank**
Creditor's Name

**320 S Main Ave**
**Lovington, NM 88260**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**Letter of Credit**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
☐ No
■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$0.00      $230,000.00

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ■ Contingent<br>■ Unliquidated<br>☐ Disputed |

---

**2.25**

**Lea County State Bank**
Creditor's Name

**320 S Main Ave**
**Lovington, NM 88260**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

Describe debtor's property that is subject to a lien
**17 Credit Cards for business purposes (fuel, oil, repairs, etc.)**

Describe the lien

Is the creditor an insider or related party?
■ No
☐ Yes
Is anyone else liable on this claim?
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

$60,000.00      $0.00

| Do multiple creditors have an interest in the same property? | As of the petition filing date, the claim is: Check all that apply |
|---|---|
| ■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |

---

**2.26**

**Presidential Bank**
Creditor's Name

**4600 East-West Highway,**
**Ste 400**
**Bethesda, MD 20814**

Describe debtor's property that is subject to a lien
**1075 Bucket Machine s/n 155**

$578,920.98      $700,000.00

---

Case 16-11222-t11    Doc 72    Filed 07/21/16    Entered 07/21/16 15:31:18 Page 28 of 58

| | | |
|---|---|---|
| Creditor's mailing address | **Describe the lien** | |
| | **Is the creditor an insider or related party?** | |
| | ■ No | |
| Creditor's email address, if known | ☐ Yes | |
| | **Is anyone else liable on this claim?** | |
| **Date debt was incurred** | ■ No | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | |
| **Last 4 digits of account number** | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | |
| ■ No | ☐ Contingent | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | |
| | ■ Disputed | |

---

| | | | |
|---|---|---|---|
| **2.27** **Wells Fargo Equipment Finance, Inc.** Creditor's Name | **Describe debtor's property that is subject to a lien** 1 vacuworx model rc10 vacuum lifter: s/n rc1000576 | **$58,045.36** | **Unknown** |
| **733 Marquette Ave, Ste 700** **Minneapolis, MN 55402** Creditor's mailing address | | | |
| | **Describe the lien** | | |
| | **Is the creditor an insider or related party?** | | |
| | ■ No | | |
| Creditor's email address, if known | ☐ Yes | | |
| | **Is anyone else liable on this claim?** | | |
| **Date debt was incurred** | ■ No | | |
| | ☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | | |
| **Last 4 digits of account number** | | | |
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply | | |
| ■ No | ☐ Contingent | | |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated | | |
| | ☐ Disputed | | |

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.        **$4,066,693.60**

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Scottrade Bank** **12800 Corporate Hill Dr** **Saint Louis, MO 63131** | Line **2.26** | |
| **Vision Financial Group** **4505 Pine Tree Circle, Ste 101** **Birmingham, AL 35243** | Line **2.26** | |

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims     12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Texas Comptroller of Public Accounts**<br>P.O. Box 13528<br>Austin, TX 78711 | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$7,800.00** | **$7,800.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**Texas franchise taxes debt** |  |  |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (_8_) | Is the claim subject to offset?<br>■ No<br>☐ Yes |  |  |

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**365 Construction / Safety 365, LLC**<br>855 Central Ste 25<br>Odessa, TX 79762 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$3,900.00** |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes |  |
| **3.2** Nonpriority creditor's name and mailing address<br>**Air Gas**<br>409 N Grimes<br>Hobbs, NM 88240 | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$753.84** |
| Date(s) debt was incurred _<br>Last 4 digits of account number _ | Basis for the claim: _<br>Is the claim subject to offset? ■ No ☐ Yes |  |

| | | | |
|---|---|---|---|
| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $252.00 |
| | **Akome, Inc**<br>PO Box 2038<br>Hobbs, NM 88241 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $811.78 |
| | **American Medical Group, Inc.**<br>2410 Fowler Ste B<br>Hobbs, NM 88240 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,371.45 |
| | **American Valve and Meter Service, Inc.**<br>PO Box 166<br>Hobbs, NM 88241 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $324.00 |
| | **AN ETZ Water Solutions**<br>PO Box 5102<br>Hobbs, NM 88241 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $131.97 |
| | **Apache Sales Inc.**<br>PO Box 2186<br>Hobbs, NM 88241 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,696.56 |
| | **Area Trailer Sales and Rental**<br>2420 E. Slaton Hwy<br>Lubbock, TX 79404 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,830.00 |
| | **B&M Concrete Pumping, LLC**<br>7218 Porter Rd<br>Carlsbad, NM 88220 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 16-11222-t11    Doc 72    Filed 07/21/16    Entered 07/21/16 15:31:18 Page 31 of 58

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,403.45 |
|------|---|---|---|

**B-Line Filter and Supply Inc**
PO Box 4598
Odessa, TX 79760

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,000.00 |
|------|---|---|---|

**Baker Backhoe Service, LLC**
PO Box 1607
Hobbs, NM 88241

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,924.19 |
|------|---|---|---|

**Bamert Seed Company**
1897 CR 1018
Muleshoe, TX 79347

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $193.70 |
|------|---|---|---|

**Bearing Supply Company of Hobbs**
2208 W. Marland St
Hobbs, NM 88240

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,550.00 |
|------|---|---|---|

**Big 10 Trucking**
300 E. Stanalind Rd
Hobbs, NM 88240

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $350.00 |
|------|---|---|---|

**Billy Peden**
3801 W. Lawrence
Hobbs, NM 88240

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $994.35 |
|------|---|---|---|

**Bold Irrigation and Supply LLC**
PO BOX 76
Seminole, TX 79360

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case 16-11222-t11    Doc 72    Filed 07/21/16    Entered 07/21/16 15:31:18 Page 32 of 58

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $619.52 |
|---|---|---|---|

**Caprock Communications**
PO Box 60008
Midland, TX 79711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,400.00 |
|---|---|---|---|

**Cardinal Laboratories**
101 W Marland Blvd
Hobbs, NM 88240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,200.00 |
|---|---|---|---|

**Carleton R. Alexander**
30529 Share 28 Rd
Los Fresnos, TX 78566

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $90.00 |
|---|---|---|---|

**Collier Water Station**
PO Box 546
Lovington, NM 88260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $645.00 |
|---|---|---|---|

**Commercial Tire Service, Inc**
100 Hobbs Hwy
Seminole, TX 79360

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $102,073.00 |
|---|---|---|---|

**Daniels Insurance, Inc.**
PO Box 1258
Hobbs, NM 88241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,390.00 |
|---|---|---|---|

**DCC Services, LLC**
PO Box 727
Hobbs, NM 88241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Case 16-11222-t11    Doc 72    Filed 07/21/16    Entered 07/21/16 15:31:18 Page 33 of 58

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,846.83 |
| --- | --- | --- | --- |
| | **Discovery Soft** | ☐ Contingent | |
| | 9025 E Kenyon Ave | ☐ Unliquidated | |
| | Denver, CO 80237 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,143.46 |
| --- | --- | --- | --- |
| | **Drive Train, Inc.** | ☐ Contingent | |
| | PO box 1492 | ☐ Unliquidated | |
| | Hobbs, NM 88241 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,883.25 |
| --- | --- | --- | --- |
| | **Emloyer eServices** | ☐ Contingent | |
| | PO Box 740815 | ☐ Unliquidated | |
| | Atlanta, GA 30374 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,232.64 |
| --- | --- | --- | --- |
| | **Fleetmatics USA LLC** | ☐ Contingent | |
| | PO Box 975369 | ☐ Unliquidated | |
| | Dallas, TX 75397 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,875.00 |
| --- | --- | --- | --- |
| | **Flexpipe Systems, LLC** | ☐ Contingent | |
| | PO Box 975369 | ☐ Unliquidated | |
| | Dallas, TX 75397 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700.00 |
| --- | --- | --- | --- |
| | **Gemini Trucking** | ☐ Contingent | |
| | PO Box 5022 | ☐ Unliquidated | |
| | Hobbs, NM 88241 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.64 |
| --- | --- | --- | --- |
| | **General Welding Supply, Inc.** | ☐ Contingent | |
| | PO Box 1196 | ☐ Unliquidated | |
| | Lovington, NM 88260 | ☐ Disputed | |
| | Date(s) debt was incurred __ | Basis for the claim: __ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Case 16-11222-t11    Doc 72    Filed 07/21/16    Entered 07/21/16 15:31:18 Page 34 of 58

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $288.64 |
|---|---|---|---|

**Gicon Pumps and Equipment**
PO Box 701
Lovington, NM 88260

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $221.17 |
|---|---|---|---|

**Hach Company**
2207 Collections Center Dr
Chicago, IL 60693

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $105.00 |
|---|---|---|---|

**Hanks Partnership dba Gibbs Water Sales**
PO Box 5331
Hobbs, NM 88241

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,519.25 |
|---|---|---|---|

**Hobbs Diesel Inc**
2011 W Bender
Hobbs, NM 88241

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $648.96 |
|---|---|---|---|

**Hobbs News Sun**
PO Box 840644
Dallas, TX 75284

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,527.95 |
|---|---|---|---|

**Hobbs Welding Supply**
123 N Grimes St
Hobbs, NM 88240

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $206.36 |
|---|---|---|---|

**Hollyspring Drinking Water**
PO Box 7135
Hobbs, NM 88241

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $907.65 |
|---|---|---|---|

**Hose Power**
PO Box 203867
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,720.00 |
|---|---|---|---|

**Hydrovac LLC**
407 NE 2nd
Seminole, TX 79360

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $23,346.88 |
|---|---|---|---|

**J & J Rentals, LLC**
611 West Cielo Dr
Hobbs, NM 88240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,189.50 |
|---|---|---|---|

**J & J Transportation**
1652 Shifting Winds Street
Las Vegas, NV 89117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,239.87 |
|---|---|---|---|

**J&J Rentals, LLC**
c/o Chelsea R. Seaton
PO BOx 550
Roswell, NM 88201

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **lawsuit filed in Lea County:
D-506-CV-2015-00984**

Is the claim subject to offset? ☐ No ■ Yes

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $64,432.80 |
|---|---|---|---|

**KW Fuels, Inc**
PO Box 1288
   NM 88247

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,356.66 |
|---|---|---|---|

**Lea Land, LLC**
1300 W. Main St
Oklahoma City, OK 73106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $180.00 |
| --- | --- | --- | --- |

**Loco Hills Water Solutions, LLC**
PO Box 68
Loco Hills, NM 88255

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $755.64 |
| --- | --- | --- | --- |

**McCoys Corporation**
2406 N. Dal Paso
Hobbs, NM 88240

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,027.30 |
| --- | --- | --- | --- |

**Midwest**
510 W. 5th St
Tilton, IL 61833

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $540.00 |
| --- | --- | --- | --- |

**Mor West Corporation**
PO Box 330
Artesia, NM 88211

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,470.00 |
| --- | --- | --- | --- |

**National American Insurance Company**
PO Box 38
Chandler, OK 74834

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: indemnity claim

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| --- | --- | --- | --- |

**National American Insurance Company**
PO Box 38
Chandler, OK 74834

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: bond for $2.3M

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $226.44 |
| --- | --- | --- | --- |

**Nova Mud**
PO Box 2703
Hobbs, NM 88241

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $240.03 |
|---|---|---|---|

**O & S Quick Change**
2301 N. Grimes
Hobbs, NM 88240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,378.30 |
|---|---|---|---|

**Pate Trucking Co, Inc.**
PO Box 760
Denver City, TX 79323

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $435.48 |
|---|---|---|---|

**Pemco of New Mexico**
PO Box 428
Hobbs, NM 88240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,528.17 |
|---|---|---|---|

**Permian NDT, Inc.**
PO Box 703
Gardendale, TX 79758

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $381.26 |
|---|---|---|---|

**Permian Radiator Service and Supply**
PO Box 1827
Hobbs, NM 88241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,964.34 |
|---|---|---|---|

**Peters Irrigation**
1319 N. Main St
Seminole, TX 79360

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,200,000.00 |
|---|---|---|---|

**Pilot Travel Centers, LLC**
c/o Rodey, Dickason, Sloan, Akin & Robb
PO Box 1888
Albuquerque, NM 87103

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ■ Yes

---

Case 16-11222-t11    Doc 72    Filed 07/21/16    Entered 07/21/16 15:31:18 Page 38 of 58

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $9,225.84 |

**Pipeline Supply**
1010 Lamar, Ste 710
Houston, TX 77002

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,335.40 |

**Power Equipment Company**
100 Barr Ave. SE
Albuquerque, NM 87105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Rail Masters, LLC**
c/o McWhorter, Cobb & Johnson, LLP
PO Box 2547
Lubbock, TX 79408

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **lawsuit filed in Lea County:**
**D-506-CV-2015-00354**

Is the claim subject to offset? ☐ No ■ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $794.81 |

**Ramirez and Sons, Inc.**
3404 N Enterprise Dr
Hobbs, NM 88240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $206.95 |

**Redbird LP Gas Co**
PO Box 1291
Eunice, NM 88231

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,891.80 |

**Rio Tank, Inc / Fas-Line**
4602 W. Pierce
Carlsbad, NM 88220

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,670.00 |

**Rockwater Energy Solutions**
PO Box 203187
Dallas, TX 75320

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,258.25 |
|---|---|---|---|

**Safety Consulting and Training, LLC**
823 W Sunrise Cir
Hobbs, NM 88240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,937.65 |
|---|---|---|---|

**Snyder Ranches**
PO Box 2158
Hobbs, NM 88241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $453.06 |
|---|---|---|---|

**Solid Waste Authority**
100 N Main Ste 4
Lovington, NM 88260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,447.31 |
|---|---|---|---|

**Southwest Oilfield Rentals, LLC**
PO Box 783
Hobbs, NM 88241

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $708.00 |
|---|---|---|---|

**Southwestern Trailer Equipment Inc**
2602 W. Marland
Hobbs, NM 88240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $285.19 |
|---|---|---|---|

**Superior Printing Service, Inc.**
517 East Broadway
Hobbs, NM 88240

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $108.00 |
|---|---|---|---|

**T & J Water Sales**
PO Box 613
Lovington, NM 88260

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,307.28 |
|---|---|---|---|

**Tate Branch Dodge**
4123 Lovington Hwy
Hobbs, NM 88240

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $48,188.00 |
|---|---|---|---|

**Tex-Star Water Services**
445 FM 1306
Gainesville, TX 76240

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $40,619.83 |
|---|---|---|---|

**Tuboscope**
PO Box 201177
Dallas, TX 75320

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Vision Financial Group**
4505 Pine Tree Circle, Ste 101
Birmingham, AL 35243

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $336.00 |
|---|---|---|---|

**Wallach Concrete, Inc.**
PO Box 1289
Hobbs, NM 88241

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $82,518.78 |
|---|---|---|---|

**Warren Cat**
PO Box 842116
Dallas, TX 75284

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $339.50 |
|---|---|---|---|

**Water 'N Hole**
1300 E Bender
Hobbs, NM 88240

Date(s) debt was incurred _
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $400,000.00 |
|------|---|---|---|

**3.80** Nonpriority creditor's name and mailing address
**William Page McNeill**
**c/o James P. Lyle, PC**
**1116 2nd St NW**
**Albuquerque, NM 87102**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: **Lawsuit filed in Lea County:**
**D-506-CV-2016-00325**

Is the claim subject to offset? ☐ No ■ Yes

$400,000.00

---

**3.81** Nonpriority creditor's name and mailing address
**WTB, LLC dba West Texas Boring Co**
**1201 OIDC Dr**
**Odessa, TX 79766**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$75,820.00

---

**3.82** Nonpriority creditor's name and mailing address
**Yellowhouse / Rental Account**
**PO Box 31388**
**Amarillo, TX 79120**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$88,377.81

---

**3.83** Nonpriority creditor's name and mailing address
**Yellowhouse Machinery Co**
**PO Box 31388**
**Amarillo, TX 79120**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

$14,871.12

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. $ | 7,800.00 |
| 5b. Total claims from Part 2 | 5b. + $ | 2,409,412.86 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. $ | 2,417,212.86 |

■ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

**2. List all contracts and unexpired leases**

**State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

| | | |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | Apache Corporation<br>2000 Post Oak Blvd, Ste 100<br>Houston, TX 77056 |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | Cambrian Management, LTD<br>415 W Wall St<br>Midland, TX 79701 |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | DCP Midstream, LP<br>10 Desta Drive, Ste 400<br>Midland, TX 79705 |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | |
| | State the term remaining | |
| | List the contract number of any government contract | Devon Energy Production Company<br>20 North Broadway<br>Oklahoma City, OK 73102 |

Case 16-11222-t11    Doc 72    Filed 07/21/16    Entered 07/21/16 15:31:18 Page 43 of 58

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **3 trucks being leased to HH Electrical for $4500/mo for 10 months**

State the term remaining

List the contract number of any government contract

**H.H. Electrical**
**PO Box 1058**
**Hobbs, NM 88241**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest

State the term remaining

List the contract number of any government contract

**Holly Energy Partners**
**1602 W. Main St**
**Artesia, NM 88210**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Account No: 030-0059038-002, Amount owed: $1,712.690.73**

**(7 VEHICLES: 1FF350GXVEE809821, 1FF350GXJEE809850, 1T0310SKAEE261460, 1FF290GXHDE705851, ADW624KHADE656588, 1DW624KHPDE651934, 1T0310SKAEE357909)**

State the term remaining — **36 months**

List the contract number of any government contract

**John Deere Financial**
**6400 NW 86th Street**
**Johnston, IA 50131**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **1074 Bucket Machine S/N 155**

State the term remaining

List the contract number of any government contract

**Vision Financial Group**
**4505 Pine Tree Circle, Ste 101**
**Birmingham, AL 35243**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **JD 2014 624, JD 2013 624, CAT 2013 950K, JD 2014 350G, JD 2013 290G, JD 2013 250G, JD 2014 310G, JD 2010 4100J, JD 2010 410J, JD 2009 410J, CAT 2011 420E**

**Watson Contruction Inc**
**799 W Stanolind Rd**
**Hobbs, NM 88240**

Case 16-11222-t11    Doc 72    Filed 07/21/16    Entered 07/21/16 15:31:18 Page 44 of 58

## Additional Page if You Have More Contracts or Leases

**2. List all contracts and unexpired leases**    **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease**

State the term remaining

List the contract number of any
    government contract

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | The lease has expired, but the building is still on the property. | |
|---|---|---|---|
| | State the term remaining | **Expired 2/11/16** | **Williams Scotsman** |
| | List the contract number of any government contract | | **4015 Hawkins NE** |
| | | | **Albuquerque, NM 87109** |

■ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

### 2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G. Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

_Column 1:_ **Codebtor**         _Column 2:_ **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | John Norris | P.O. Box 1567<br>Lovington, NM 88260 | Vision Financial Group | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | John Norris | P.O. Box 1567<br>Lovington, NM 88260 | US Small Business Administration | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | John Norris | P.O. Box 1567<br>Lovington, NM 88260 | Lea County State Bank | ■ D __2.20__<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | John Norris | P.O. Box 1567<br>Lovington, NM 88260 | National American Insurance Company | ☐ D _____<br>■ E/F __3.53__<br>☐ G _____ |
| 2.5 | John Norris | P.O. Box 1567<br>Lovington, NM 88260 | Caterpillar Financial Services Corp. | ■ D __2.17__<br>☐ E/F _____<br>☐ G _____ |

Case 16-11222-t11    Doc 72    Filed 07/21/16    Entered 07/21/16 15:31:18 Page 46 of 58

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.
*Column 1:* Codebtor                                                      *Column 2:* Creditor

| | | | | |
|---|---|---|---|---|
| 2.6 | John Norris | P.O. Box 1567 Lovington, NM 88260 | John Deere Financial | ■ D   **2.19**  ☐ E/F ____  ☐ G ____ |
| 2.7 | John Norris | P.O. Box 1567 Lovington, NM 88260 | National American Insurance Company | ☐ D ____  ■ E/F   **3.54**  ☐ G ____ |
| 2.8 | John Norris | P.O. Box 1567 Lovington, NM 88260 | Lea County State Bank | ■ D   **2.21**  ☐ E/F ____  ☐ G ____ |
| 2.9 | John Norris | P.O. Box 1567 Lovington, NM 88260 | Lea County State Bank | ■ D   **2.22**  ☐ E/F ____  ☐ G ____ |
| 2.10 | John Norris | P.O. Box 1567 Lovington, NM 88260 | Lea County State Bank | ■ D   **2.25**  ☐ E/F ____  ☐ G ____ |
| 2.11 | John Norris | P.O. Box 1567 Lovington, NM 88260 | Lea County State Bank | ■ D   **2.24**  ☐ E/F ____  ☐ G ____ |
| 2.12 | John Norris | P.O. Box 1567 Lovington, NM 88260 | Lea County State Bank | ■ D   **2.23**  ☐ E/F ____  ☐ G ____ |
| 2.13 | Lisa J. MCNeill | c/o James P. Lyle, PC 1116 2nd St NW Albuquerque, NM 87102 | National American Insurance Company | ☐ D ____  ■ E/F   **3.54**  ☐ G ____ |

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

Column 1: Codebtor                                          Column 2: Creditor

| 2.14 | Rhonda S. Norris | P.O. Box 1567<br>Lovington, NM 88260 | National American<br>Insurance Company | ☐ D _____<br>■ E/F   3.54<br>☐ G _____ |

| 2.15 | William Page<br>McNeill | c/o James P. Lyle, PC<br>1116 2nd St NW<br>Albuquerque, NM 87102 | Vision Financial<br>Group | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

| 2.16 | William Page<br>McNeill | c/o James P. Lyle, PC<br>1116 2nd St NW<br>Albuquerque, NM 87102 | US Small Business<br>Administration | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

| 2.17 | William Page<br>McNeill | c/o James P. Lyle, PC<br>1116 2nd St NW<br>Albuquerque, NM 87102 | Lea County State<br>Bank | ■ D   2.20<br>☐ E/F _____<br>☐ G _____ |

| 2.18 | William Page<br>McNeill | c/o James P. Lyle, PC<br>1116 2nd St NW<br>Albuquerque, NM 87102 | National American<br>Insurance Company | ☐ D _____<br>■ E/F   3.53<br>☐ G _____ |

| 2.19 | William Page<br>McNeill | c/o James P. Lyle, PC<br>1116 2nd St NW<br>Albuquerque, NM 87102 | Caterpillar Financial<br>Services Corp. | ■ D   2.17<br>☐ E/F _____<br>☐ G _____ |

| 2.20 | William Page<br>McNeill | c/o James P. Lyle, PC<br>1116 2nd St NW<br>Albuquerque, NM 87102 | John Deere Financial | ■ D   2.19<br>☐ E/F _____<br>☐ G _____ |

| Debtor | Hungry Horse, LLC | Case number (if known) | 16-11222 |
|---|---|---|---|

Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.

Column 1: **Codebtor**                                                                                    Column 2: **Creditor**

---

2.21 **William Page McNeill**

c/o James P. Lyle, PC
1116 2nd St NW
Albuquerque, NM 87102

**National American Insurance Company**

☐ D _____
■ E/F   **3.54**
☐ G _____

---

2.22 **William Page McNeill**

c/o James P. Lyle, PC
1116 2nd St NW
Albuquerque, NM 87102

**Lea County State Bank**

■ D   **2.21**
☐ E/F _____
☐ G _____

---

2.23 **William Page McNeill**

c/o James P. Lyle, PC
1116 2nd St NW
Albuquerque, NM 87102

**Lea County State Bank**

■ D   **2.22**
☐ E/F _____
☐ G _____

---

2.24 **William Page McNeill**

c/o James P. Lyle, PC
1116 2nd St NW
Albuquerque, NM 87102

**Lea County State Bank**

■ D   **2.25**
☐ E/F _____
☐ G _____

---

2.25 **William Page McNeill**

c/o James P. Lyle, PC
1116 2nd St NW
Albuquerque, NM 87102

**Lea County State Bank**

■ D   **2.24**
☐ E/F _____
☐ G _____

---

2.26 **William Page McNeill**

c/o James P. Lyle, PC
1116 2nd St NW
Albuquerque, NM 87102

**Lea County State Bank**

■ D   **2.23**
☐ E/F _____
☐ G _____

---

Fill in this information to identify the case:

Debtor name  **Hungry Horse, LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEW MEXICO

Case number (if known)  **16-11222**

■ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/16

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:  Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | **For prior year:**<br>From **1/01/2015** to **12/31/2015** | ■ Operating a business<br>☐ Other | $10,000,000.00 |
   | **For year before that:**<br>From **1/01/2014** to **12/31/2014** | ■ Operating a business<br>☐ Other | $18,207,352.00 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|

Case 16-11222-t11    Doc 72    Filed 07/21/16    Entered 07/21/16 15:31:18 Page 50 of 58

**4. Payments or other transfers of property made within 1 year before filing this case that benefited any insider**

List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

☐ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **William Page McNeill** c/o James P. Lyle, PC 1116 2nd St NW Albuquerque, NM 87102 | | Unknown | **payments made on numerous guaranteed secured debts and on sale of equipment and vehicles to LCSB, John Deere, Caterpillar and Vision Financial** |

**5. Repossessions, foreclosures, and returns**

List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

**6. Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **William Paige McNeill v. John Norris, Vernon Black and Hungry Horse, LLC** D-506-CV-2016-00325 | **Complaint for Breach of Contract and Money Due** | **Fifth Judicial District Court** 100 N Main Ave #6C Lovington, NM 88260 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. **J&J Rentals, LLC v. Hungry Horse, LLC** D-506-CV-2015-00984 | **Complaint for Money Due** | **Fifth Judicial District Court** 100 N Main Ave #6C Lovington, NM 88260 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. **Rail Masters, LLC v. Hungry Horse, LLC** D-506-CV-2016-00354 | **Complaint for Money Due** | **Fifth Judicial District Court** 100 N Main Ave #6C Lovington, NM 88260 | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. **Pilot Travel Centeres, LLC v. Hungry Horse, LLC** Civil Action NO. 2:14-cv-00991-WPL-GBW | **Damages and Money Due** | **US District Court of NM** 333 Lomas Blvd NW # 270 Albuquerque, NM 87102 | ■ Pending ☐ On appeal ☐ Concluded |

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.5. | Tesmec USA v. Hungry Horse, LLC, William Page McNeill and John Norris<br>DC-C201600268 | Money Due and Foreclosure | JOHNSON COUNTY, TEXAS | ■ Pending<br>☐ On appeal<br>☐ Concluded |

## 8. Assignments and receivership

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

## 9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

---

**Part 5:    Certain Losses**

## 10. All losses from fire, theft, or other casualty within 1 year before filing this case.

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property)*. | Dates of loss | Value of property lost |
|---|---|---|---|

---

**Part 6:    Certain Payments or Transfers**

## 11. Payments related to bankruptcy

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | Ken Wagner Law, PA<br>PO Box 25167<br>Albuquerque, NM 87125 | | August 2015 and April 2016 | $41,500.00 |
| | Email or website address<br><br>Who made the payment, if not debtor? | | | |

---

## 12. Self-settled trusts of which the debtor is a beneficiary

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

Case 16-11222-t11    Doc 72    Filed 07/21/16    Entered 07/21/16 15:31:18 Page 52 of 58

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

## 13. Transfers not already listed on this statement

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1 | D&D Construction 1320 W Broadway Pl, Hobbs, NM 88240 | sale of 2 Tesmec ditchers | February 2, 2016 | $1,500,000.00 |
| | Relationship to debtor none | | | |
| 13.2 | Richie Brothers Auctioners, Inc. PO Box 6429 Lincoln, NE 68506 | Sal of equipment: 950K Wheelloader (SN1170) ad D6K Tractor (SN 1381) PAID TO CAT: $156,062 and PAID TO LCSB: $35,701 | 3/21/16 | $191,763.00 |
| | Relationship to debtor none | | | |
| 13.3 | Sandstown Enterprises 2000 Cortland Dr Farmington, NM 87401 | Sale of CAT D6T Tractor (SN0234) - Paid to CAT $80,626 | 8/27/15 | $80,626.00 |
| | Relationship to debtor none | | | |
| 13.4 | William Page McNeill c/o James P. Lyle, PC 1116 2nd St NW Albuquerque, NM 87102 | Property tax, 2 computers, generator, 2012 Dodge Ram 2500 (VIN# 3C6TD5HT8CG301488), 299C Skidloader backhoe, 2006 Lee 1ADT47 (049106) | April 8, 2015 | $250,000.00 |
| | Relationship to debtor Former Member | | | |

## Part 7:   Previous Locations

## 14. Previous addresses

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

## Part 8:   Health Care Bankruptcies

## 15. Health Care bankruptcies

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

## Part 9: Personally Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

## Part 10: Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

Case 16-11222-t11    Doc 72    Filed 07/21/16    Entered 07/21/16 15:31:18 Page 54 of 58

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

☒  No.
☐  Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

☒  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

25. **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☒ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. |
|---|---|---|
| | | Dates business existed |

26. **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.  **Pam Lackey, CPA** **122 E Central Ave** **Lovington, NM 88260** | |
| 26a.2.  **Jason Spence** **P.O. Box 600** **Pleasanton, TX 78064** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement

Case 16-11222-t11    Doc 72    Filed 07/21/16    Entered 07/21/16 15:31:18 Page 55 of 58

within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.  **Pam Lackey, CPA**<br>122 E Central Ave<br>Lovington, NM 88260 | 2014-2016 |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.  **Doute and Wright CPA's PC**<br>13111 E Briarwood Ave #130<br>Englewood, CO 80112 | 2006 - 2015 |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Pam Lackey**<br>122 E Central Ave<br>Lovington, NM 88260 | |
| 26c.2.  **Jason Spence**<br>P.O. Box 600<br>Pleasanton, TX 78064 | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Lea County State Bank**<br>320 S Main Ave<br>Lovington, NM 88260 |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| John Norris | P.O. Box 1567<br>Lovington, NM 88260 | | 95 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Vernon Black | P.O. Box 1567<br>Lovington, NM 88260 | | 5 |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

■ No
☐ Yes. Identify below.

30. Payments, distributions, or withdrawals credited or given to insiders
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1 | John Norris<br>P.O. Box 1567<br>Lovington, NM 88260 | $100,000.00/year | | |
| | **Relationship to debtor**<br>managing member | | | |
| 30.2 | Vernon Black | $72,000.00/year | | |
| | **Relationship to debtor**<br>member / employee | | | |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

Name of the parent corporation                                    Employer Identification number of the parent corporation

32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?

■ No
☐ Yes. Identify below.

Name of the parent corporation                                    Employer Identification number of the parent corporation

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on      **July 20, 2016**

_____          **John Norris**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Managing Member**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
■ No
☐ Yes

Software Copyright (c) 1996-2016 Best Case, LLC - www.bestcase.com                                                        Best Case Bankruptcy