IT IS ORDERED

Date Entered on Docket: December 19, 2016

_____
**The Honorable David T. Thuma**
**United States Bankruptcy Judge**

_____

# UNITED STATES BANKRUPTCY COURT

## DISTRICT OF NEW MEXICO

In re: HUNGRY HORSE, LLC, a New Mexico       No. 16-11222-11
Limited Liability Company

### ORDER APPROVING MOTION TO APPROVE POST-PETITION CAPITAL CONTRIBUTION BY JOHN D. NORRIS AS NEW VALUE EXCEPTION

The Debtor, Hungry Horse, LLC, filed a Motion to Approve Post-Petition Capital Contribution as New Value Exception on November 16, 2016 [Dkt. 192], and served a proper and legally sufficient Notice of such Motion along with a deadline to file objections thereto on November 16, 2016 on all parties listed in the official Mailing Matrix of the Clerk of the United States Bankruptcy Court [Dkt. 193], including the U.S. Trustee and counsel for the Unsecured Creditors Committee; and the deadline to file objections having passed and no objections having been filed timely, or to date, and the Court being fully advised enters the following:

1

IT IS HEREBY ORDERED that John D. Norris' post-petition capital contribution of $36,600 is approved and deemed a new value capital contribution as an exception to the absolute priority rule. The sufficiency and adequacy of this capital contribution along with all capital contributions shall be considered by the Court upon hearing on confirmation.

- END OF ORDER -

Respectfully Submitted,

**KEN WAGNER LAW, PA**

By: *Electronically signed /s/ 12.12.16*
 Louis Puccini, Jr.
 *Attorneys for Debtor / Debtor-in-Possession*
 P.O. Box 25167
 Albuquerque, NM 87125
 P. 505.242.6300 / F. 505.242.0790