In re:  
Hungry Horse, LLC  
    Debtor

Case No. 16-11222-t  
Chapter 11

## CERTIFICATE OF NOTICE

District/off: 1084-1     User: christa     Page 1 of 3     Date Rcvd: May 22, 2018  
                     Form ID: pdfor1     Total Noticed: 20

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 24, 2018.

```
db          +Hungry Horse, LLC,    PO Box 1058,    Hobbs, NM 88241-1058
aty         +Ann Maloney Conway,    Sheehan & Sheehan,    PO Box 271,    Albuquerque, NM 87103-0271
aty         +Jacqueline Ortiz,    Askew & Mazel, LLC,    1122 Central Ave. SW Suite 1,
              Albuquerque, NM 87102-2947
aty         +Kenneth R. Wagner,    Ken Wagner Law P.A.,    P.O. Box 25167,    Albuquerque, NM 87125-0167
aty         +Mary L. Johnson,    Giddens, Gatton & Jacobus, P.C.,    10400 Academy Road NE,    Suite 350,
              Albuquerque, NM 87111-7372
aty         +Michelle Ostrye,    Anderson, Lehrman, Barre & Maraist, LLP,    1001 Third Street,    Ste. 1,
              Corpus Christi, TX 78404-2356
intp        +AIG Specialty Insurance Company,    c/o Gallagher, Casados & Mann, P.C.,    Attn: Nathan H. Mann,
              4101 Indian School Rd. N.E., Suite 200N,    Albuquerque, NM 87110-3981
sp           Heidel Law Firm,    PO Box 1599,    Lovington, NM  88260-1599
acc         +Jason Spence,    PO Box 600,    Pleasanton, TX 78064-0600
cr          +Lea County State Bank,    c/o Samuel S. Spencer,    1017 N Turner Street,    Hobbs, NM 88240-5150
acc         +Michael Miller, CPA,    7721 N. Tomlinson,    Hobbs, NM 88242-9619
sp          +Michael T. Newell,    10 W. Adams Ave. Ste. E.,    Lovington, NM 88260-4052
cr          +National American Insurance Company,    Deron B. Knoner,    Keleher & McLeod P.A.,    P.O. Box AA,
              Albuquerque, NM 87103-1626
acc         +Pam Lackey,    122 E. Central Avenue,    Lovington, NM 88260-4214
cr           Pate Trucking Co., LLC,    c/o Brad W. Odell,    Mullin Hoard & Brown LLP,    P.O. Box 2585,
              Lubbock, TX  79408-2585
cr           Texas Comptroller of Public Accounts,    Jay W. Hurst,    c/o Sherri K. Simpson, Paralegal,
              P.O. Box 12548,    Austin, TX  78711-2548
cr          +U.S. BANK NATIONAL ASSOCIATION,    14841 Dallas Parkway, Suite 300,    Dallas, TX 75254-7883
cr          +Water' N Hole,    1300 E. Bender,    Hobbs, NM 88240-2510
cr          +Wells Fargo Equipment Finance,    Attn: R. Owens,    MAC S3928-034,    2700 S. Price Road,
              Chandler, AZ 85286-7804
intp        +William Paige McNeil,    Giddens, Gatton & Jacobus, P.C.,    10400 Academy Road NE,    Suite 350,
              Albuquerque, NM 87111-7372
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.                                        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 24, 2018                                    Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 22, 2018 at the address(es) listed below:

       Allan L Wainwright    on behalf of Creditor    Deere Credit, Inc. abqlaw1313@outlook.com  
       Brad W. Odell    on behalf of Creditor    Pate Trucking Co., LLC bodell@mhba.com, memert@mhba.com;mreynolds@mhba.com  
       Brian P. Gaffney    on behalf of Defendant    Cimarex Energy Co. bgaffney@swlaw.com, sbraverman@swlaw.com;docket_den@swlaw.com  
       Charles R. Hughson    on behalf of Plaintiff    Pilot Travel Centers, LLC crhughso@rodey.com, jcmedfor@rodey.com  
       Charles R. Hughson    on behalf of Creditor    Pilot Travel Centers, LLC crhughso@rodey.com, jcmedfor@rodey.com  
       Christopher M Gatton    on behalf of Plaintiff William Paige McNeill chris@giddenslaw.com, dave@giddenslaw.com;giddens@giddenslaw.com  
       Christopher M Gatton    on behalf of Counter-Defendant William Paige McNeill chris@giddenslaw.com, dave@giddenslaw.com;giddens@giddenslaw.com

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

```
              Daniel Andrew White    on behalf of Debtor    Hungry Horse, LLC dwhite@askewmazelfirm.com,
               askewmazellawfirm@gmail.com;askewmazelign@gmail.com;pstice@askewmazelfirm.com;ericanunez@askewmaz
               elfirm.com;hkinney@askewmazelfirm.com;lharper@askewmazelfirm.com;askewmazeladmin@ecf.courtdrive.c
               om
              Daniel Andrew White    on behalf of Creditor Committee    Unsecured Creditors' Committee
               dwhite@askewmazelfirm.com,
               askewmazellawfirm@gmail.com;askewmazelign@gmail.com;pstice@askewmazelfirm.com;ericanunez@askewmaz
               elfirm.com;hkinney@askewmazelfirm.com;lharper@askewmazelfirm.com;askewmazeladmin@ecf.courtdrive.c
               om
              Daniel Andrew White    on behalf of Creditor Committee    Committee of Unsecured Creditors
               dwhite@askewmazelfirm.com,
               askewmazellawfirm@gmail.com;askewmazelign@gmail.com;pstice@askewmazelfirm.com;ericanunez@askewmaz
               elfirm.com;hkinney@askewmazelfirm.com;lharper@askewmazelfirm.com;askewmazeladmin@ecf.courtdrive.c
               om
              Daniel Andrew White    on behalf of Creditor Committee    Official Unsecured Creditors Committee of
               the Hungry Horse, LLC dwhite@askewmazelfirm.com,
               askewmazellawfirm@gmail.com;askewmazelign@gmail.com;pstice@askewmazelfirm.com;ericanunez@askewmaz
               elfirm.com;hkinney@askewmazelfirm.com;lharper@askewmazelfirm.com;askewmazeladmin@ecf.courtdrive.c
               om
              David W Bunting    on behalf of Plaintiff    Pilot Travel Centers, LLC dbunting@rodey.com,
               jjamerson@rodey.com
              Denise J Trujillo    on behalf of Interested Party William Paige McNeil dave@giddenslaw.com,
               giddens@giddenslaw.com;chris@giddenslaw.com;jennifer@giddenslaw.com
              Deron B Knoner    on behalf of Creditor    National American Insurance Company dbk@keleher-law.com,
               lcb@keleher-law.com
              Edward Alexander Mazel    on behalf of Creditor Committee    Committee of Unsecured Creditors
               edmazel@askewmazelfirm.com,
               dwhite@askewmazelfirm.com;pstice@askewmazelfirm.com;askewmazelign@gmail.com;ericanunez@askewmazel
               firm.com;hkinney@askewmazelfirm.com;lharper@askewmazelfirm.com;askewmazeladmin@ecf.courtdrive.com
              James A Askew    on behalf of Creditor Committee    Committee of Unsecured Creditors
               jaskew@askewmazelfirm.com,
               askewmazelign@gmail.com;pstice@askewmazelfirm.com;ericanunez@askewmazelfirm.com;lharper@askewmaze
               lfirm.com;agarcia@askewmazelfirm.com;hkinney@askewmazelfirm.com;askewmazeladmin@ecf.courtdrive.co
               m
              James B. Ball    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital
               ball@bsmplc.com
              James E Shively    on behalf of Creditor    Santander Consumer USA Inc. dba Chrysler Capital
               bkecf@bsmplc.com
              Jason Patrick Kane    on behalf of Plaintiff William Paige McNeill jkane@ranson-kane.com
              Jason Patrick Kane    on behalf of Counter-Defendant William Paige McNeill jkane@ranson-kane.com
              Jay W Hurst    on behalf of Creditor    Texas Comptroller of Public Accounts
               jay.hurst@oag.texas.gov,   sherri.simpson@oag.texas.gov
              John E Farrow    on behalf of Defendant    AIG Specialty Insurance Company jfarrow@gcmlegal.com,
               kmclaughlin@gcmlegal.com
              John E Farrow    on behalf of Interested Party    AIG Specialty Insurance Company
               jfarrow@gcmlegal.com,  kmclaughlin@gcmlegal.com
              Katharine C. Downey    on behalf of Creditor    Ally Financial Inc. f/k/a GMAC Inc.
               kcd@sutinfirm.com,   tls@sutinfirm.com;ncg@sutinfirm.com;lfb@sutinfirm.com
              Katharine C. Downey    on behalf of Creditor    Tesmec USA, Inc. kcd@sutinfirm.com,
               tls@sutinfirm.com;ncg@sutinfirm.com;lfb@sutinfirm.com
              Katharine C. Downey    on behalf of Creditor    Caterpillar Financial Services Corporation
               kcd@sutinfirm.com,   tls@sutinfirm.com;ncg@sutinfirm.com;lfb@sutinfirm.com
              Kenneth R. Wagner    on behalf of Defendant John  Norris kwagner@kenwagnerlaw.com,
               legalassistant@kenwagnerlaw.com
              Kenneth R. Wagner    on behalf of Plaintiff    Hungry Horse, LLC kwagner@kenwagnerlaw.com,
               legalassistant@kenwagnerlaw.com
              Leonard K Martinez-Metzgar    on behalf of U.S. Trustee    United States Trustee
               leonard.martinez-metzgar@usdoj.gov
              Lewis C. Cox, III    on behalf of Defendant    Hungry Horse, LLC hsnclcc@leaco.net
              Lewis C. Cox, III    on behalf of Plaintiff    Hungry Horse, LLC hsnclcc@leaco.net
              Louis  Puccini, Jr.    on behalf of Counter-Claimant John  Norris louis@rdgormanlaw.com,
               debra@rdgormanlaw.com
              Louis  Puccini, Jr.    on behalf of Defendant    Hungry Horse, LLC louis@rdgormanlaw.com,
               debra@rdgormanlaw.com
              Louis  Puccini, Jr.    on behalf of Counter-Claimant Vernon  Black louis@rdgormanlaw.com,
               debra@rdgormanlaw.com
              Louis  Puccini, Jr.    on behalf of Plaintiff John  Norris louis@rdgormanlaw.com,
               debra@rdgormanlaw.com
              Louis  Puccini, Jr.    on behalf of Defendant Vernon  Black louis@rdgormanlaw.com,
               debra@rdgormanlaw.com
              Louis  Puccini, Jr.    on behalf of Debtor    Hungry Horse, LLC louis@rdgormanlaw.com,
               debra@rdgormanlaw.com
              Louis  Puccini, Jr.    on behalf of Defendant John  Norris louis@rdgormanlaw.com,
               debra@rdgormanlaw.com
              Louis  Puccini, Jr.    on behalf of Plaintiff    Hungry Horse, LLC louis@rdgormanlaw.com,
               debra@rdgormanlaw.com
              Michael  Allison    on behalf of Plaintiff    Hungry Horse, LLC michael@allison-lawfirm.com,
               carla@allison-lawfirm.com
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Michael Allison    on behalf of Debtor    Hungry Horse, LLC michael@allison-lawfirm.com, carla@allison-lawfirm.com
        Michael Allison    on behalf of Defendant John  Norris michael@allison-lawfirm.com, carla@allison-lawfirm.com
        Michael T Newell    on behalf of Defendant    Hungry Horse, LLC mnewell@newelllawnm.com, sjones@newelllawnm.com
        Michael T Newell    on behalf of Defendant William Paige McNeill mnewell@newelllawnm.com, sjones@newelllawnm.com
        Michael T Newell    on behalf of Special Counsel Michael T. Newell mnewell@newelllawnm.com, sjones@newelllawnm.com
        Nathan H Mann    on behalf of Defendant    AIG Specialty Insurance Company nmann@gcmlegal.com, jjenkins@gcmlegal.com;ktaylor-ames@gcmlegal.com
        Nathan H Mann    on behalf of Interested Party    AIG Specialty Insurance Company nmann@gcmlegal.com,  jjenkins@gcmlegal.com;ktaylor-ames@gcmlegal.com
        Robert Dennis Gorman    on behalf of Plaintiff    Hungry Horse, LLC rgorman.nm@gmail.com
        Robert Dennis Gorman    on behalf of Debtor    Hungry Horse, LLC rgorman.nm@gmail.com
        Sandra Ann Brown    on behalf of Defendant    Cimarex Energy Co. sbrown@swlaw.com,  dshuta@swlaw.com
        Todd J. Johnston    on behalf of Creditor    Rail Masters, LLC tjohnston@mcjllp.com
        United States Trustee    ustpregion20.aq.ecf@usdoj.gov
        William J Arland, III    on behalf of Creditor    Lea County State Bank warland@thearlandlawfirm.com,  fdiaz@thearlandlawfirm.com

        TOTAL: 53

UNITED STATES BANKRUPTCY COURT

DISTRICT OF NEW MEXICO

In re:

HUNGRY HORSE, LLC,                                              Case No. 16-11222 t11

    Debtor.

## ORDER APPROVING DISCLOSURE STATEMENT AND SETTING OBJECTION AND VOTING DEADLINES; NOTICE OF FINAL HEARING ON PLAN CONFIRMATION

On May 18, 2018, the debtor-in-possession Hungry Horse, LLC, filed a First Amended Chapter 11 Plan, doc. 544 ("Plan"), and a First Amended Chapter 11 Disclosure Statement, doc. 545 ("Disclosure Statement"); and the Court having determined after hearing on notice that the Disclosure Statement contains adequate information:

IT IS ORDERED that:

1. <u>Disclosure Statement Approved</u>. The Disclosure Statement is hereby approved.

2. <u>Mailing Deadline</u>. By **May 25, 2018,** debtor's attorney shall see that a copies of this order and notice, the Plan, the Disclosure Statement, and a ballot conforming to official form 14 are transmitted by mail to debtor and to all creditors, equity security holders, and other parties in interest as provided in Fed. R. Bankr. P. 3017(d), using a Court-supplied updated mailing matrix. The ballot should direct creditors to return it to debtor's attorney. Within 5 days after mailing, a certification of such mailing shall be filed with the clerk.

3. <u>Tally of Ballots</u>. Before the confirmation hearing, debtor's attorney shall certify and file a tally of ballots, attaching copies of the ballots. The tally of ballots shall indicate, for each class of claims, the number and percentage of votes for and against the Plan, and the total dollar amounts and percentages of the claims so voting. Debtor's attorney shall bring the original ballots to the confirmation hearing.

4. <u>Objection/Voting Deadlines</u>. **June 22, 2018**, is fixed as the last day for (i) filing and serving written objections to confirmation of the Plan pursuant to Fed. R. Bankr. P. 3020(b)(1); and (ii) mailing written acceptances or rejections of the Plan to the debtor's attorney.

5. <u>Final Hearing</u>. On **June 28, 2018, at 1:30 p.m**., the Court will hold a final, evidentiary hearing to consider confirmation of the Plan in the Brazos Courtroom, 5th Floor, Pete V. Domenici United States Courthouse, 333 Lomas Blvd. NW, Albuquerque, NM 87102.

6. <u>Witness and Exhibit Lists</u>. By **June 22, 2018**, the debtor and any objecting/rejecting party wishing to participate in the final hearing shall file and serve witness and exhibit lists. Parties shall exchange exhibits and provide three copies of the exhibits to

Chambers prior to the hearing. If any party has more than five exhibits, they shall number and bind the exhibits. The parties should be prepared to notify the Court at the beginning of the hearing which exhibits can be admitted into evidence by stipulation.

7. <u>Deadline to Object to Discharge</u>. **June 28, 2018**, is set as the deadline for filing complaints objecting to discharge of the debtor.

_____
Hon. David T. Thuma
United States Bankruptcy Judge

Entered: May 22, 2018

Copy to debtor's counsel:

Louis Puccini, Jr.
Robert D. Gorman, P.A.
PO Box 25164
Albuquerque, NM 87125
505-243-5442

Note: Inquiries regarding this order and notice should be directed to debtor's counsel.